**George S. Pitcher, OSB No. 963982**
George.Pitcher@lewisbrisbois.com
**Dmitriy S. Golosinskiy, OSB No. 173568**
Dmitriy.Golosinskiy@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Defendant Apisero, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COHO DISTRIBUTING LLC, an Oregon limited liability company, dba COLUMBIA DISTRIBUTING, <br><br> Plaintiff, <br><br> vs. <br><br> APISERO, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:23-cv-00806-AN <br><br> **DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL** |

Defendant Apisero, Inc. ("defendant") answers Plaintiff CoHo Distributing LLC dba

Columbia Distributing's ("plaintiff") complaint as follows:

## ANSWER TO COMPLAINT

1.

Apisero denies all allegations except as expressly admitted herein.

2.

In response to the allegations in Paragraph 1, Apisero lacks knowledge or information

sufficient to form a belief about the truth of the allegations and, therefore, denies those allegations.

126142795.1
DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
Page 1

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

3.

Apisero admits the allegations in Paragraph 2.

4.

In response to the allegations in Paragraph 3, Apisero admits that this Court has personal jurisdiction.

5.

In response to the allegations in Paragraph 4, Apisero denies any allegations of "wrongdoing."

6.

In response to the allegations in Paragraph 5, Apisero states that it lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations and, therefore, denies those allegations.

7.

In response to the allegations in Paragraph 6, Apisero states that it lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations and, therefore, denies those allegations.

8.

In response to the allegations in Paragraph 7, Apisero states that it lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations and, therefore, denies those allegations.

/ / /

126142795.1

DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
Page 2

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

9.

In response to the allegations in Paragraph 8, Apisero states that it lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations and, therefore, denies those allegations.

10.

Apisero admits the allegations in paragraph 9.

11.

In response to the allegations in Paragraph 10, Apisero states that it lacks sufficient knowledge or information sufficient to form a belief about the truth of the allegations and, therefore, denies those allegations.

12.

In response to the allegations in Paragraph 11, Apisero admits that it entered into a Master Service Agreement dated February 11, 2021 with CoHo Distributing LLC and denies any allegations in paragraph 11 inconsistent with the Master Service Agreement.

13.

In response to the allegations in Paragraph 12, Apisero admits there were meetings prior to execution of the Master Service Agreement between the parties. Paragraph 21.2 of the Master Service Agreement states, "This Agreement wholly cancels, terminates and supersedes all previous negotiations, commitments and writings between the parties in connection therewith." Defendant denies all allegations in paragraph 12 inconsistent with the Master Service Agreement.

/ / /

126142795.1
DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
Page 3

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

14.

In response to the allegations in Paragraph 13, Apisero states that Plaintiff's reliance upon any pre-contractual statements is countermanded by the Master Service Agreement, which defined the parties' roles and scope of services to be provided. Answering further, Apisero states that the Master Service Agreement speaks for itself and denies any allegation in paragraph 13 inconsistent with the terms of the Master Service Agreement.

15.

In response to the allegations in Paragraph 14, Apisero denies the allegations.

16.

In response to the allegations in Paragraph 15, Apisero admits the allegations.

17.

In response to the allegations in Paragraph 16, Apisero admits that it worked on data integration in summer 2021 and performed another user acceptance test in September 2021. Apisero denies the remaining allegations in Paragraph 16.

18.

In response to the allegations in Paragraph 17, Apisero admits that it worked on the project pursuant to the Statement of Work in the Master Service Agreement. Apisero denies any allegation in Paragraph 17 that is inconsistent with the Master Service Agreement.

19.

In response to the allegations in Paragraph 18, Apisero denies the allegations.

20.

In response to the allegations in Paragraph 19, Apisero admits that other vendors were involved in the project. Apisero denies each and every remaining allegation in Paragraph 19.

126142795.1
DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
Page 4

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

21.

In response to the allegations in Paragraph 20, Apisero lacks knowledge or information sufficient to form a belief about the truth of the allegations and, therefore, denies those allegations.

22.

In response to the allegations in Paragraph 21, Apisero admits that Plaintiff terminated the contract, but denies that Plaintiff had any cause to do so.

23.

In response to the allegations in Paragraph 22, Apisero denies the allegations.

24.

In response to the allegations in Paragraph 23, Apisero lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 23 and, therefore, denies those allegations. Apisero affirmatively states that its portion of the project was functional in March 2022.

**FIRST CLAIM FOR RELIEF**
(Breach of Contract)

25.

In response to the allegations in Paragraph 24, Apisero realleges and incorporates by reference its Answers set forth in Paragraphs 1 through 24 as though fully restated and realleged herein.

26.

In response to the allegations in Paragraph 25, Apisero admits the parties entered into a written agreement entitled the Master Service Agreement dated February 11, 2021. Apisero avers that the Master Service Agreement speaks for itself and denies any allegation in paragraph 25 inconsistent with it.

126142795.1
DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
Page 5

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

27.

In response to the allegations in Paragraph 26, Apisero states that the Master Service Agreement and Statement of Work #1 speak for themselves, and denies any allegation in Paragraph 26 that is inconsistent with these documents.

28.

In response to the allegations in Paragraph 27, Apisero admits the parties entered into a Second Statement of Work ("SOW #2"). Apisero states that SOW #2 speaks for itself and denies any allegation in Paragraph 27 inconsistent with SOW #2.

29.

In response to the allegations in Paragraph 28, Apisero states that the allegations are legal conclusions and thus no response is required. If a response is required, Apisero denies the allegations in Paragraph 28.

30.

In response to the allegations in Paragraph 29, Apisero denies.

31.

In response to the allegations in Paragraph 30, Aprisero denies.

32.

In response to the allegations in Paragraph 31, Apisero denies each and every allegation. Apisero denies there is any basis for the recovery of attorneys' fees as there is no prevailing party clause in the Master Service Agreement.

/ / /

/ / /

126142795.1
DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
Page 6

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

**SECOND CLAIM FOR RELIEF**

(Breach of Duty of Good Faith and Fair Dealing)

33.

In response to the allegations in Paragraph 32, Apisero realleges and incorporates by reference its Answers set forth in Paragraphs 1 through 32 as though fully restated and realleged herein.

34.

In response to the allegations in Paragraph 33, Apisero states that the allegations are legal conclusions and/or questions of law to which no response is necessary.

35.

In response to the allegations in Paragraph 34, Apisero denies.

36.

In response to the allegations in Paragraph 35, Apisero admits it owed only those duties imposed by law, and denies each and every allegation.

37.

In response to the allegations in Paragraph 36, Apisero denies.

38.

In response to the allegations in paragraph 37, Apisero denies.

39.

Except as expressly admitted above, Defendant denies each and every allegation contained in plaintiff's complaint, denies that it is liable in any fashion, and denies that plaintiff is entitled to the relief prayed for.

126142795.1
DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
Page 7

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

40.

Plaintiff's complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Plaintiff's Acts or Omissions)

41.

Plaintiff's damages were caused by Plaintiff's own acts or omissions. Said acts and/or omissions were the superseding and/or sole, direct, and proximate cause of Plaintiff's damages, if any. Any liability found on the part of Apisero must be reduced by Plaintiff's own fault in causing its own injury.

## THIRD AFFIRMATIVE DEFENSE

### (Fault of Others)

42.

Plaintiff's injuries and damages, if any, were caused by the sole and exclusive fault of non-parties.

## FOURTH AFFIRMATIVE DEFENSE

### (Failure to Provide Notice)

43.

Plaintiff failed to give adequate notice and an opportunity cure pursuant to the Master Service Agreement.

/ / /

126142795.1
DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
Page 8

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

## FIFTH AFFIRMATIVE DEFENSE

### (No Right to Attorneys' Fees)

44.

Plaintiff has no right to seek recovery of any attorneys' fees incurred in this matter as the Master Service Agreement does not have a prevailing party clause and there is no applicable fee-shifting statute.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

45.

Plaintiff has failed to mitigate its damages.

## RESERVATION

46.

Defendant reserves the right to amend its Answer to assert additional affirmative defenses to claims asserted in plaintiff's complaint to the extent supported by the evidence later developed or facts later learned, without now assuming the burden of proof on any such defense that would otherwise rest on plaintiff and with the reservation of their right to amend or supplement their responses to plaintiff's complaint, as well as its affirmative defenses, as information is gathered through discovery.

## **REQUEST FOR JURY TRIAL**

47.

Defendant requests a jury trial.

/ / /

/ / /

126142795.1
DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
Page 9

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for entry of judgment in its favor, including an award of its costs and disbursements incurred herein, as well as any additional relief that the Court deems just and equitable.

DATED this 10th day of July, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   _s/ Dmitriy S. Golosinskiy, OSB No. 173568_
George S. Pitcher, OSB No. 963982
George.Pitcher@lewisbrisbois.com
Dmitriy S. Golosinskiy, OSB No. 173568
Dmitriy.Golosinskiy@lewisbrisbois.com
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Fax 971.712.2801

*Attorneys for Defendant Apisero, Inc*

126142795.1
DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL
Page 10

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I served the foregoing **DEFENDANT APISERO, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL** on the following attorneys by the method indicated below on the 10th day of July, 2023:

*Attorneys for Plaintiff:*

| | |
|---|---|
| Anit K. Jindal, OSB #171086 | _____ Via First Class Mail |
| Laura Salerno Owens, OSB #076230 | _____ Via Federal Express |
| Markowitz Herbold PC | ✓ Via CM/ECF |
| 1455 SW Broadway, Suite 1900 | ✓ Via E-Mail |
| Portland, OR  97201 | |
| AnitJindal@MarkowitzHerbold.com | |
| LauraSalerno@markowitzherbold.com | |

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  *s/ Dmitriy S. Golosinskiy*
George S. Pitcher, OSB No. 963982
George.Pitcher@lewisbrisbois.com
Dmitriy S. Golosinskiy, OSB No. 173568
Dmitriy.Golosinskiy@lewisbrisbois.com

*Attorneys for Defendant Apisero, Inc*

126142795.1
CERTIFICATE OF SERVICE
Page 1

**Lewis Brisbois Bisgaard & Smith LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801