George S. Pitcher, OSB #963982
George.Pitcher@lewisbrisbois.com
Dmitriy S. Golosinskiy, OSB #173568
Dmitriy.Golosinskiy@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800
Facsimile: 971.712.2801

Attorneys for Defendant Apisero, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COHO DISTRIBUTING LLC, an Oregon limited liability company, dba COLUMBIA DISTRIBUTING, <br><br> Plaintiff, <br><br> vs. <br><br> APISERO, INC., a Delaware corporation, <br><br> Defendant. | Case No. 3:23-cv-00806-AN <br><br> **JOINT RULE 26(f) REPORT** |

The Parties, Plaintiff Coho Distributing LLC dba Columbia Distributing ("plaintiff") and

Defendant Apisero, Inc. ("defendant") submit the following Joint Rule 26(f) Report and

proposed discovery and pretrial schedule:

**1.    Conferral.** Pursuant to Fed. R. Civ. P. 26(f) and the Court's Discovery and Pre-

Trial Scheduling Order (Docket No. 3), the parties conferred by telephone on July 21, 2023.

Participating in the teleconference were:

128546763.1
JOINT RULE 26(f) REPORT
1

- Dmitriy S. Golosinskiy for defendant;

- George S. Pitcher for defendant; and

- Anit Jindal for plaintiff.

**2.     Pre-Discovery Disclosures.** The parties agreed to waive the initial disclosures required under Fed. R. Civ. P. 26(a)(1)(A)(i)-(iii).

**3.     Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

a.     **Scope.** Discovery will be needed on all issues relevant to the complaint and defenses.

b.     **Discovery Limits.** To the extent deemed necessary, parties will agree to prepare a mutually agreeable Protective Order in order to protect against the disclosure of sensitive and confidential information.  The parties discussed the necessity of appropriate confidentiality protections relating to the confidentiality of third-party information.

c.     **E-Discovery.** To the deemed extent necessary, the parties will conduct electronic discovery by defining a protocol for how, and in what format, any emails and other electronic discovery will be produced.

d.     **Privilege and Protection.** All applicable privileges, statutory protections and protection of trial preparation material are preserved. The parties intend to submit a Proposed Rule 502(d) Order, to confirm their agreement that if either party discloses privileged information and/or protected trial preparation materials, the parties understand that there will be no waiver of privilege and/or protection. Fed. R. Evid. 502(d).

/ / /

/ / /

128546763.1

JOINT RULE 26(f) REPORT

2

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

e.   **Fact Discovery Deadline and Motions.**

    i.   All fact discovery shall be commenced in time to be completed by February 24, 2024.

    ii.   All discovery motions will be filed no later than February 24, 2024.

f.   **Expert Reports and Discovery.**

    i.   Parties exchange expert reports by March 24, 2024.

    ii.   Parties exchange rebuttal reports by April 29, 2024.

    iii.   Expert discovery, including depositions, are to be completed by May 31, 2024.

g.   **Dispositive Motions.** All dispositive motions will be filed no later than June 14, 2024.

h.   **Alternative Dispute Resolution.** The parties will discuss potential for early resolution by September 29, 2023.  To the extent that early resolution is unsuccessful, the parties will revisit ADR options after fact discovery, February 24, 2024. The parties will file a Joint ADR Status Report after the close of expert discovery, by May 31, 2024.

i.   **Pre-Trial Order.**  The Pre-Trial Order shall be due 30 days after the Court's ruling on dispositive motions, or if none are filed July 19, 2024.

j.   **Anticipated jury trial date.**  Late October/November 2024.

128546763.1
JOINT RULE 26(f) REPORT
3

LEWIS BRISBOIS BISGAARD & SMITH LLP
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801

DATED this 24th day of August, 2023

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   *s/ Dmitriy S. Golosinskiy*
George S. Pitcher, OSB #963982
Dmitriy S. Golosinskiy, OSB #173568
Telephone: 971.712.2800
Facsimile: 971.712.2801

*Attorneys for Defendant Apisero, Inc.*

MARKOWITZ HERBOLD PC

By:   *s/ Anit K. Jindal*
Anit K. Jindal, OSB #171086
Laura Salerno Owens, OSB #076230
Telephone: 503.295.3085
Facsimile: 503.323.9105

*Attorneys for Plaintiff CoHo Distributing LLC,
dba Columbia Distributing*

128546763.1
JOINT RULE 26(f) REPORT
4

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
888 SW Fifth Avenue, Suite 900
Portland, Oregon 97204-2025
Telephone: 971.712.2800 • Fax 971.712.2801