**Anit Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Erin Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COHO DISTRIBUTING LLC, an Oregon limited liability company, dba COLUMBIA DISTRIBUTING,<br><br>Plaintiff,<br><br>v.<br><br>APISERO, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:23-cv-00806-AN<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL** |

### LR 7-1(a)(1) CERTIFICATION

The parties to this litigation conferred regarding the subject of this motion on October 23, 2025. Defendant's counsel has consented to the requested extension of time for plaintiff to respond to defendant Apisero Inc.'s Motion to Compel Production and Disclosure Pursuant to FRCP 26, 33, 34, & 37 ("Motion to Compel").

## MOTION

Plaintiff requests an extension of time up to and including November 7, 2025, within which to file its response to defendant's Motion to Compel.

## MEMORANDUM

The Court should grant plaintiff's unopposed motion for a ten-day extension of time to file its response to the Motion to Compel. Defendant filed its Motion to Compel on October 14, 2025. Defendant's Motion to Compel implicates the information of non-parties Salesforce and Slalom. Slalom recently retained outside counsel to assist with issues in this case, including the issues raised by the Motion to Compel. Plaintiff's time to respond to the Motion to Compel is currently October 28, 2025. Plaintiff requests additional time to file its response to defendant's Motion to Compel, up to and including November 7, 2025, in order for plaintiff to appropriately address the issues raised in the Motion and consult with the third-parties' counsel regarding the same. Defendant does not oppose the relief requested in this motion for extension of time. This motion is made in good faith and not for the purpose of delay.

Plaintiff submits that the foregoing circumstances constitute good cause and warrant granting the requested extension.

## CONCLUSION

Plaintiff requests entry of an order granting it an extension of time up to and including November 7, 2025, within which to file a response to defendant's Motion to Compel.

DATED: October 24, 2025.	MARKOWITZ HERBOLD PC

*s/ Erin N. Dawson*
Anit Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com

Page 2 –   PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL

                                          Erin Dawson, OSB #116334
                                        ErinDawson@MarkowitzHerbold.com
                                        *Attorneys for Plaintiff*

2374067

**Page 3 –**    **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL**