**Anit Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Erin Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

    *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COHO DISTRIBUTING LLC, an Oregon limited liability company, dba COLUMBIA DISTRIBUTING,<br><br>    Plaintiff,<br><br>v.<br><br>APISERO, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 3:23-cv-00806-AN<br><br>**DECLARATION OF ERIN N. DAWSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO APISERO INC.'S MOTION TO COMPEL PRODUCTION AND DISCLOSURE PURSUANT TO FRCP 26, 33, 34, & 37** |

I, Erin N. Dawson, declare as follows:

1. I am an attorney with Markowitz Herbold PC, attorneys of record for plaintiff. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Response to Apisero Inc.'s Motion to Compel Production and Disclosure Pursuant to FRCP 26, 33, 34, & 37.

Page 1 –   DECLARATION OF ERIN N. DAWSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO APISERO INC.'S MOTION TO COMPEL PRODUCTION AND DISCLOSURE PURSUANT TO FRCP 26, 33, 34, & 37

2. As part of the Fridge project, Columbia entered into confidentiality agreements with Slalom and Salesforce that protect against disclosure of those nonparties' confidential information.

3. Columbia consulted with Slalom and Salesforce to obtain their guidance on the confidentiality of their information in documents that Columbia intended to produce to Apisero in this action.

4. Columbia noticed depositions of several of Apisero's fact witnesses, including Adam Dench and Saideep Pulikkal, for June 2025. Apisero asked to cancel those depositions because it was not yet prepared; it did not attribute the cancellation to AEO designations that would prohibit counsel from preparing witnesses.

5. I have conferred with counsel for Apisero several times to discuss potential down-designation of documents, and in particular, the down-designation of documents marked AEO. During several of those conferrals, I described Columbia's obligations to non-parties to protect their confidential information. I also encouraged counsel for Apisero to confer with Slalom to identify the particular information that Apisero believed was over-designated and its reasons for that belief.

6. Counsel for Apisero conferred with counsel for Slalom once by Zoom regarding confidentiality designations, after which, Apisero filed its motion to compel.

7. To date, Columbia has down-designated all AEO designations over Columbia's own documents. Columbia has also worked with Salesforce to down-designate all Salesforce documents marked AEO. As a result, Columbia has down-designated over 800 AEO documents.

Page 2 –   DECLARATION OF ERIN N. DAWSON IN SUPPORT OF PLAINTIFF'S
           RESPONSE TO APISERO INC.'S MOTION TO COMPEL PRODUCTION
           AND DISCLOSURE PURSUANT TO FRCP 26, 33, 34, & 37

8. Columbia has also encouraged Slalom to review and consider changes to the redactions or confidentiality designations of documents containing Slalom's proprietary information, where appropriate.

9. Today, the only Columbia documents that remain designated AEO are those designated as such by Slalom.

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 7, 2025, at Portland, Oregon.

*s/ Erin N. Dawson*
Erin N. Dawson, OSB # 116334

2379121

Page 3 –   DECLARATION OF ERIN N. DAWSON IN SUPPORT OF PLAINTIFF'S RESPONSE TO APISERO INC.'S MOTION TO COMPEL PRODUCTION AND DISCLOSURE PURSUANT TO FRCP 26, 33, 34, & 37