**Anit Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Erin Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COHO DISTRIBUTING LLC, an Oregon limited liability company, dba COLUMBIA DISTRIBUTING,<br><br>  Plaintiff,<br><br>  v.<br><br>APISERO, INC., a Delaware corporation,<br><br>  Defendant. | Case No. 3:23-cv-00806-AN<br><br>**DECLARATION OF HARRY NEDLEY IN SUPPORT OF PLAINTIFF'S RESPONSE TO APISERO INC.'S MOTION TO COMPEL PRODUCTION AND DISCLOSURE PURSUANT TO FRCP 26, 33, 34, & 37** |

I, Harry Nedley, declare as follows:

1. I am a paralegal with Markowitz Herbold PC, attorneys of record for plaintiff. I have personal knowledge of the facts set forth herein. I make this declaration in support of Plaintiff's Response to Apisero Inc.'s Motion to Compel Production and Disclosure Pursuant to FRCP 26, 33, 34, & 37.

Page 1 –   DECLARATION OF HARRY NEDLEY IN SUPPORT OF PLAINTIFF'S RESPONSE TO APISERO INC.'S MOTION TO COMPEL PRODUCTION AND DISCLOSURE PURSUANT TO FRCP 26, 33, 34, & 37

  2. Columbia contracted with an outside vendor to assist with the review and production of Columbia's documents in this case. Reviewers on that team, as well as those internal to the firm, have collectively expended almost 3,000 hours reviewing and producing materials to Apisero.

  3. Columbia's review team conducted an individual review of each of the more than 67,000 documents produced to Apisero. The team applied confidentiality designations consistent with direction from non-parties Salesforce and Slalom.

  4. The majority of the documents produced by Columbia in this matter were produced almost a year ago.

  I declare under penalty of perjury that the foregoing is true and correct.

  Executed November 7, 2025, at Portland, Oregon.


               *s/ Harry Nedley*
               Harry Nedley

2379123

**Page 2 –** DECLARATION OF HARRY NEDLEY IN SUPPORT OF PLAINTIFF'S RESPONSE TO APISERO INC.'S MOTION TO COMPEL PRODUCTION AND DISCLOSURE PURSUANT TO FRCP 26, 33, 34, & 37