**Anit Jindal, OSB #171086**
AnitJindal@MarkowitzHerbold.com
**Laura Salerno Owens, OSB #076230**
LauraSalerno@MarkowitzHerbold.com
**Erin Dawson, OSB #116334**
ErinDawson@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Telephone: (503) 295-3085

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

COHO DISTRIBUTING LLC, an Oregon limited liability company, dba COLUMBIA DISTRIBUTING,

Plaintiff,

v.

APISERO, INC., a Delaware corporation,

Defendant.

Case No. 3:23-cv-00806-AN

**NINTH STIPULATED MOTION FOR EXTENSION OF DISCOVERY AND PRE-TRIAL DEADLINES**

**LR 7-1 CERTIFICATION**

The parties to this litigation have conferred regarding this motion. They jointly agree to its contents as indicated by their signatures below.

**MOTION**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 16-3(a), the parties respectfully move this Court to extend the discovery and pre-trial deadlines and modify the dates

set in the Court's prior text-only scheduling order entered on April 30, 2026. (Dkt. 52.) This is the parties' ninth stipulated motion for extension of these deadlines because the parties have scheduled a judicial settlement conference with Judge Acosta on November 5. The parties are hopeful that the case will settle then, but if it does not, the parties have additional depositions that they will schedule for the weeks following the settlement conference. In the meantime, the parties would like to focus their efforts on preparing for the judicial settlement conference.

**MEMORANDUM**

The Court issued an initial Discovery and Pretrial Scheduling Order on June 2, 2023. (Dkt. 3.) The parties filed a Joint Rule 26(f) Report on August 24, 2023, in which they proposed revised deadlines. (Dkt. 11.) This Court issued a scheduling order on September 26, 2023. (Dkt. 13.) The Court granted seven stipulated motions for extension of discovery and pre-trial order deadlines, and, on April 28, 2026, the parties filed their eighth motion for extension of discovery and pre-trial deadlines. (Dkts. 21, 23, 28, 32, 34, 36, 49, 51.) On April 30, 2026, the Court granted that extension and set the following new deadlines: September 30, 2026 for completion of fact discovery; November 19, 2026 for exchange of expert reports; December 18, 2026 for exchange of rebuttal reports; January 19, 2027 for completion of all expert discovery and filing of the joint ADR report; and January 29 as the deadline to file dispositive motions. (Dkt. 50.)

The parties jointly move the Court for the following changes to the case scheduling order:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Fact Discovery Completed and Discovery Motions Filed | September 30, 2026 | December 4, 2026 |
| Exchange of Expert Reports | November 19, 2026 | April 19, 2027 |
| Exchange of Rebuttal Reports | December 18, 2026 | May 19, 2027 |
| Expert Discovery Completed | January 19, 2027 | June 21, 2027 |

| | | |
|---|---|---|
| Joint ADR Status Report Filed | January 19, 2026 | June 21, 2027 |
| Dispositive Motions Filed | January 29, 2027 | June 30, 2027 |

Over the past 120 days, the parties have pursued discovery, including the review of voluminous exchanged discovery, conferral regarding the same, and the combined corporate deposition of third-party Slalom and a Slalom employee. On July 31, Apisero took the deposition of a former Columbia employee. Columbia has also attempted to schedule the depositions of Apisero's witnesses and Columbia understands that Apisero needs additional time to determine witness availability including for a witness located in India.

The parties are currently scheduled to participate in a judicial settlement conference with Judge Acosta on November 5. The parties anticipate scheduling the remaining depositions for immediately after should settlement efforts fail. That delay in scheduling depositions will facilitate potential resolution through mediation without incurring additional discovery costs and also provide time for the Court to rule on the pending discovery motion.

Given the volume of the documents involved in this case, the need to accommodate third-party AEO confidentiality concerns, and the parties' anticipated mediation and depositions, the parties need additional time to complete discovery. Additionally, the parties have experienced challenges that have involved this Court's review some of which are partially resolved while at the same time a new issue has arisen which will be the subject of a new motion for this Court's attention on which the parties have already met and conferred in good faith. "Orders entered before the final pretrial conference may be modified upon a showing of 'good cause[.]'" *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992), *citing* Fed. R. Civ. P. 16(b). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking

the amendment. The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Id.* at 609. Here, the dispute requires the review of hundreds of thousands of documents addressing a highly technical subject. The parties have worked with, and anticipate continuing to work with, third parties and, potentially, international witnesses to take depositions.

The parties have diligently sought to resolve or develop this case further; Columbia stood up a full review team to ensure prompt production of a large volume of materials to assist with moving discovery towards resolution. Apisero has likewise established a data collection and review team and has expended considerable efforts on its review of the ESI and expended considerable resources to conduct a detailed review of the at-issue ESI. The parties are pursuing key witness depositions in an effort to move this case towards resolution, ideally through mediation. Good cause exists to extend the prior Court-ordered deadlines. The requested extension is expected to conserve judicial resources by facilitating the just and efficient resolution of this dispute.

The Court has not yet set a trial date in this case; thus, the parties' requested extension of discovery and pre-trial deadlines will not impact other scheduled matters.

DATED: September 24, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

*s/ Donna M. Chamberlin*
Donna M. Chamberlin, pro hac vice
John S. Poulos, OSB #002599
George J. Manos, pro hac vice
1111 Third Avenue, Suite 2700
Seattle, WA 98101
(206) 436-2020
Donna.Chamberlin@lewisbrisbois.com
John.Poulos@lewisbrisbois.com
George.Manos@lewisbrisbois.com
*Attorneys for Defendant Apisero, Inc.*

DATED: September 24, 2026

MARKOWITZ HERBOLD PC

*s/ Anit K. Jindal*
Anit Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com
Laura Salerno Owens, OSB #076230
LauraSalerno@MarkowitzHerbold.com
Erin N. Dawson, OSB #116334
ErinDawson@MarkowitzHerbold.com
*Attorneys for Plaintiff*

**ECF CERTIFICATION**

The filing attorney attests that filing attorney has obtained concurrence regarding the filing of this document from all signatories to this document.

DATED: September 24, 2026

*s/ Anit K. Jindal*
Anit Jindal, OSB #171086
AnitJindal@MarkowitzHerbold.com